

ACCEPTED
03-14-00660-CV
4063509
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/6/2015 6:23:43 PM
JEFFREY D. KYLE
CLERK

THE LAW OFFICE OF
J. PATRICK SUTTON PLLC

jpatricksutton@
jpatricksuttonlaw.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/6/2015 6:23:43 PM
JEFFREY D. KYLE
Clerk

February 6, 2015

**via fax on (512) 463-1685**
Jeffrey D. Kyle, Clerk
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th St., Room 101
Austin, Texas 78701

  Re: No. 03-14-00660-CV, *Zgabay v. NBRC Property Owners Assoc.*

Dear Mr. Kyle:

  Per your letter of February 6, 2015, I intend to appear for oral argument before the Court in this case on March 25, 2015.

       Very truly yours,

       J. Patrick Sutton

cc: Wade Crosnoe